AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.   19-mj-7438-JCB |
| Daniel Hunt | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Nov. 5, 2016 - Nov. 5, 2019___ in the county of ___Plymouth___ in the District of ___Massachusetts___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | receipt of child pornography, on various dates between 11/5/16 - 11/5/19 |
| 18 U.S.C. § 2252A(a)(5)(B) | possession of child pornography, on or about 11/5/19 |

This criminal complaint is based on these facts:

Please see the affidavit of HSI Special Agent Gregory D. Squire, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gregory D. Squire, Special Agent, HSI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   ___11/5/2019___

_____
*Judge's signature*

City and state:   ___Boston, MA___      Hon. Jennifer C. Boal, U.S. Magistrate Judge
_____
*Printed name and title*